# RAYMOND AND RAYMOND

### ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4th FLOOR, STE. 408
EAST ORANGE, NEW JERSEY 07017
--------
TELEPHONE: (973) 675-5622
TELEFAX: (408) 519-6711
EMAIL: herbertraymond@gmail.com

June 8, 2020

Honorable Stacey Meisel, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re: Dina Cela
       19-31263
       Chapter 13
       Proceeding: Specialized Loan Servicing's Application for
               Early Termination of Loss Mitigation
       Hearing Date: To Be Determined

Dear Judge Meisel:

    Please accept this letter in opposition to Specialized Loan Servicing's ("SLS") Application for Early Termination of Loss Mitigation.

    SLS' application is based on the fact that debtor's loan modification application was previously denied. This is partially true. However, the file is back now under review again and in underwriting.

    The file had been denied due to a lack of income under FHA guidelines. However, this review of income did not take into account the contributor's income that had been provided in the application as well. Per FHA guidelines, in order for contributor income to be reviewed, my understanding is that now contributors must agree to assume the mortgage if the modification is approved. Accordingly, debtor's father provided a letter to SLS indicating that he is willing to assume the mortgage if the modification is approved. Based on such, the loan is now once again back in underwriting with the father's income now bring considered.

    Accordingly, SLS' application to terminate loss mitigation

should be denied.

                    Respectfully Submitted,

                    /s/ HERBERT B. RAYMOND, ESQ.
                    -----------------------------
                    Herbert B. Raymond, Esq.