Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31263−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dina Cela
   239 Franklin Avenue
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0501

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/8/20 at 10:00 AM

to consider and act upon the following:

*35* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005−RP1. Objection deadline is 6/11/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Carlon, Denise)

*36* − debtor's attorney's letter in Opposition to (related document:35 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005−RP1. Objection deadline is 6/11/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005−RP1) filed by Herbert B. Raymond on behalf of Dina Cela. (Raymond, Herbert)

Dated: 6/8/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court