Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−31263−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dina Cela
   239 Franklin Avenue
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0501

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      8/4/20
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$1,550.00

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 14, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

Case 19-31263-SLM    Doc 45    Filed 07/16/20    Entered 07/17/20 00:19:59    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 19-31263-SLM
Dina Cela                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin             Page 1 of 2          Date Rcvd: Jul 14, 2020
                              Form ID: 137            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db             +Dina Cela,    239 Franklin Avenue,    Maplewood, NJ 07040-3523
518562812       Great Lakes,    2401 Intermont Lane,    Madison, WI 53704
518562813      +Great Lakes Educational Loan Services,    2401 International Lane,    Madison, WI 53704-3121
518562814      +Great Lakes Higher Education,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3192
518666956      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518562816      +Richenet Destin,    Union, NJ 07083
518562823      +SLS,    PO Box 636005,    Littleton, CO 80163-6005
518562822      +SLS,    8742 Lucent Boulevard,    Suite 300,   Littleton, CO 80129-2386
518562820      +Shapiro & Denardo,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
518562824      +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386
518562825      +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
518562826      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
518562827       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
518562828      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518562832      +US Department Of Education,    PO Box 81404,    Atlanta, GA 30366-1404
518562829      +US Department of Edcuation,    PO Box 5609,    Greenville, TX 75403-5609
518562830      +US Department of Education,    Attn: Bankruptcy,    PO Box 16448,    Saint Paul, MN 55116-0448
518562831      +US Department of Education,    National Payment Center,    PO Box 4169,
                 Greenville, TX 75403-4169
518562833      +US Department of Education,    P0 Box 105189,    Atlanta, GA 30348-5189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 23:46:34      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 23:46:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518562815      +E-mail/PDF: pa_dc_claims@navient.com Jul 14 2020 23:53:10      Navient,   P0 Box 9635,
                 Wilkes Barre, PA 18773-9635
518562818      +E-mail/PDF: pa_dc_claims@navient.com Jul 14 2020 23:54:04      Sallie Mae,   PO Box 9533,
                 Wilkes Barre, PA 18773-9533
518562819      +E-mail/PDF: pa_dc_claims@navient.com Jul 14 2020 23:53:37      Sallie Mae Bankruptcy,
                 220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518562817       Sallie Mae,    Attn: Navient,    PO Box 9500,    PA 18873
518562821*     +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Dina  Cela herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2020
                              Form ID: 137             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 4