UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on August 5, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-31263 (SLM) |
| DINA CELA, DEBTOR(S) | Adv. No.: |
| | Hearing Date: |
| | Judge: STACEY MEISEL |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 5, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Dina Cela, Debtor(s)

Case no.: 19-31263 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees

_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,550.00** for services rendered and expenses in the amount **$40.00** for a total of **$1,590.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____  outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Dina Cela  
    Debtor

Case No. 19-31263-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 06, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.  
db          +Dina Cela,    239 Franklin Avenue,    Maplewood, NJ 07040-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Herbert B. Raymond    on behalf of Debtor Dina  Cela herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 4