UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on August 11, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

  DINA CELA, DEBTOR(S)

Case No.:   19-31263 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 11, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Dina Cela, Debtor(s)

Case no.: 19-31263 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**  for a total of **$800.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$400 per month for nineteen (19) months**

**$416 per month for two (2) months starting July 2021**

**$438 per month for thirty-eight (38) months starting September 2021**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.