Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31263−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dina Cela
  239 Franklin Avenue
  Maplewood, NJ 07040

Social Security No.:
  xxx−xx−0501

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/27/21 at 10:00 AM

to consider and act upon the following:

**97** − Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Dina Cela. Objection deadline is 10/8/2021. (Attachments: # 1 Proposed Order Allowing Extension of Loss Miitgation # 2 Certificate of Service) (Raymond, Herbert)

**98** − Objection to Debtors Application for Extension of Loss Mitigation Period (related document:97 Application for Extension of Loss Mitigation Period. Filed by Herbert B. Raymond on behalf of Dina Cela. Objection deadline is 10/8/2021. (Attachments: # 1 Proposed Order Allowing Extension of Loss Miitgation # 2 Certificate of Service) filed by Debtor Dina Cela) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. (Attachments: # 1 Certificate of Service) (Stewart, Gavin)

Dated: 10/12/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court