| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS 2005-RP1* | Chapter 13 |
| In re:<br><br>Dina Cela<br><br>                               Debtor. | Case No. 19-31263-SLM<br><br>Hearing Date: January 12, 2022<br><br>Judge Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Motion to Vacate Automatic Stay** (Doc. No. 96).

Dated: January 11, 2022

                                        Stewart Legal Group, P.L.
                                        Attorney for Specialized Loan Servicing LLC as servicing
                                        agent for HSBC Bank USA, National Association as
                                        Trustee for GSMPS 2005-RP1

                                    By:     */s/Gavin N. Stewart*
                                                   Gavin N. Stewart, Esq.