| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS 2005-RP1* | Chapter 13<br><br>Case No. 19-31263-SLM |
| In re:<br><br>Dina Cela<br><br>                                                Debtor. | Hearing Date: January 12, 2022<br><br>Judge Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Objection to Debtors Application for Extension of Loss Mitigation Period (**Doc. No. 98).

Dated: January 12, 2022

                                        Stewart Legal Group, P.L.
                                        Attorney for Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS 2005-RP1

                                        By:     */s/Gavin N. Stewart*
                                                  Gavin N. Stewart, Esq.