| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond**<br>**Attorneys at Law**<br>**7 Glenwood Avenue, 4TH Floor**<br>**East Orange, New Jersey 07017**<br>**Telephone: (973) 675-5622**<br>**Telefax: (408) 519-6711;**<br>**Email: herbertraymond@gmail.com**<br>**Herbert B. Raymond #HR-1379**<br>**Jeffrey M. Raymond**<br>**Kevin de Lyon**<br>**Attorneys for the Debtor(s)** | Order Filed on January 18, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   DINA CELA,  DEBTOR(S) | Case No.:   19-31263 (SLM)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: STACEY MEISEL |

REVISED ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

     The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: January 18, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Dina Cela, Debtor(s)

Case no.: 19-31263 (SLM)

Caption of order: Revised Order Granting Supplemental Counsel Fees

_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,850.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,850.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.