Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−31263−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dina Cela
   239 Franklin Avenue
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0501

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 10, 2022.

Dated: March 10, 2022
JAN: ntp

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31263-SLM |
| Dina Cela | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2022 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dina Cela, 239 Franklin Avenue, Maplewood, NJ 07040-3523 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518562812 | | Great Lakes, 2401 Intermont Lane, Madison, WI 53704 |
| 518562813 | + | Great Lakes Educational Loan Services, 2401 International Lane, Madison, WI 53704-3121 |
| 518666956 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518562815 | + | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 518562816 | + | Richenet Destin, Union, NJ 07083 |
| 518562822 | + | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 518562823 | + | SLS, PO Box 636005, Littleton, CO 80163-6005 |
| 518562820 | + | Shapiro & Denardo, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518562824 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village , CO 80111-4720 |
| 518562826 | + | Specialized Loan Servicing, LLC, PO Box 636005, Littleton, CO 80163-6005 |
| 518562825 | + | Specialized Loan Servicing, LLC, PO Box 105219, Atlanta, GA 30348-5219 |
| 518562827 | | Specialized Loan Servicing, LLC, 5742 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 518562828 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518562832 | + | US Department Of Education, PO Box 81404, Atlanta, GA 30366-1404 |
| 518562831 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 518562833 | + | US Department of Education, P0 Box 105189, Atlanta, GA 30348-5189 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518562814 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 10 2022 20:40:00 | Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 518562818 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2022 20:49:53 | Sallie Mae, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 518562819 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2022 20:49:53 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 518562829 | + | Email/Text: EDBKNotices@ecmc.org | Mar 10 2022 20:40:00 | US Department of Edcuation, PO Box 5609, Greenville, TX 75403-5609 |
| 518562830 | + | Email/Text: EDBKNotices@ecmc.org | Mar 10 2022 20:40:00 | US Department of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 519286936 | | Email/Text: EDBKNotices@ecmc.org | Mar 10 2022 20:40:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 8

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: plncf13 | Total Noticed: 26 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518562817 | | Sallie Mae, Attn: Navient, PO Box 9500, PA 18873 |
| 518562821 | *+ | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Ste. B, Mount Laurel, NJ 08054-2242 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Dina Cela herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5